IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE
GALLUP-MCKINLEY COUNTY PUBLIC SCHOOLS,

     Plaintiff,

v.                                                                        No. 1:25-cv-00762-KG-JFR

ANDREA R. LUCAS, in her official capacity
as Acting Chair of the U.S. Equal Employment
Opportunity Commission and U.S. EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION,

     Defendants.

## **ORDER TO SHOW CAUSE**

This Order is before the Court *sua sponte*.  Plaintiff Board of Education for the

Gallup-McKinley County Public Schools filed this action for declaratory and injunctive relief

seeking review of an agency action.  Doc. 1.  Plaintiff asserts that Defendants' ongoing

investigation of alleged unlawful employment practices by Plaintiff violates the Administrative

Procedure Act, 5 U.S.C. § 706(2)(A), and the Fifth Amendment's Due Process Clause.  Doc. 1 at

2.  Plaintiff seeks an order setting aside Defendants' Charge of Discrimination as unlawful,

restraining Defendants from further investigation, quashing all subpoenas, and enjoining

Defendants from filing any future charges "that would be inconsistent with the Court's order."

*Id.* at 21.

Federal Rule of Civil Procedure 42 permits the Court to consolidate actions that "involve

a common question of law or fact."  The Court has broad discretion in determining whether to

consolidate cases.  *Cheney v. Judd*, 429 F. Supp. 3d 931, 936 (D.N.M. 2019).  It appears the

issues in this case involve common questions of law and fact as the issues in *EEOC v. Gallup-*

*McKinley County Schools*, No. 1:25-mc-025-MLG (D.N.M. filed Aug. 21, 2025) and *EEOC v. Gallup-McKinley County Schools*, No. 1:26-mc-00019-KG (D.N.M. filed April 27, 2026).  In those cases, the EEOC seeks to enforce administrative subpoenas issued by the Commission in its investigation into alleged practices and patterns of racial discrimination against Native American employees and applicants by Plaintiff.

The Court orders the parties, within 14 days of this order, to show cause why the present case should not be consolidated with the aforementioned actions initiated by the EEOC.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2