IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE
GALLUP-MCKINLEY COUNTY PUBLIC SCHOOLS,

     Plaintiff,

v.                                                                            No. 1:25-cv-00762-KG-JFR

ANDREA R. LUCAS, in her official capacity
as Acting Chair of the U.S. Equal Employment
Opportunity Commission and U.S. EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION,

     Defendants.

## ORDER OF CONSOLIDATION

This matter is before the Court pursuant to the Order to Show Cause filed on May 6, 2026. The Court ordered the parties to show cause why it should not consolidate this case with *EEOC v. Gallup-McKinley County Schools*, No. 1:25-mc-025-MLG, and *EEOC v. Gallup-McKinley County Schools*, No. 1:26-mc-00019-KG. Under Federal Rule of Civil Procedure 42, the Court is authorized to consolidate cases that "involve a common question of law or fact" for purposes of avoiding unnecessary cost or delay. Because neither party objects to the consolidation of these cases, the Court concludes that these cases involve common questions of law or fact and that consolidation is appropriate.

IT IS THEREFORE ORDERED that Case Nos. 1:25-cv-00762-KG-JFR, 1:25-mc-025-MLG, and 1:26-mc-00019-KG shall be consolidated. Case No. 1:25-cv-00762-KG-JFR shall be the lead case, and all future filings in 1:25-mc-025-MLG and 1:26-mc-00019-KG shall be filed in 1:25-cv-00762-KG-JFR.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.