IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE
GALLUP-MCKINLEY COUNTY PUBLIC SCHOOLS,

    Plaintiff,

v.                                 No. 1:25-cv-00762-KG-JFR

ANDREA R. LUCAS, in her official capacity
as Acting Chair of the U.S. Equal Employment
Opportunity Commission and U.S. EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*. On May 26, 2026, the Court consolidated Case Nos. 1:25-cv-00762-KG-JFR, 1:25-mc-025-MLG, and 1:26-mc-00019-KG. In the interest of judicial efficiency, the Court instructs the parties to meet and confer to develop an agreeable briefing schedule to proceed on the merits of the EEOC's applications to enforce administrative subpoenas issued in furtherance of its investigation. If the parties agree on a stipulated briefing schedule, the parties shall file the stipulated briefing schedule on or before June 19, 2026. If the parties are unable to agree, the parties shall certify to the Court, in writing, by June 19, 2026, that they met and conferred in good faith and shall tender their own proposed schedule.

    IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.