IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOARD OF EDUCATION FOR THE
GALLUP-MCKINLEY COUNTY PUBLIC SCHOOLS,

     Plaintiff,

v.                                  No. 1:25-cv-00762-KG-JFR

ANDREA R. LUCAS, in her official capacity
as Acting Chair of the U.S. Equal Employment
Opportunity Commission and U.S. EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION,

     Defendants.

## STIPULATED ORDER

This matter is before the Court on the Court's Order to Meet and Confer filed June 6, 2026. Doc. 27. The Court instructed the parties to develop an agreeable briefing schedule to proceed on the merits of the EEOC's applications to enforce administrative subpoenas issued in furtherance of its investigation. *Id.* The parties met on June 15, 2026, and filed a Joint Notice of Stipulated Briefing Schedule on June 16, 2026. Doc. 28.

Having reviewed the Stipulation and being otherwise advised, and in the interest of justice, the Court hereby adopts the Stipulation. Gallup-Mckinley County Schools shall file a consolidated response to the EEOC's applications to show cause on or before July 1, 2026. The EEOC shall file a reply to Gallup-McKinley County School's response on or before July 17, 2026.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.